IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| MANUEL MILIAN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> WORSHAM KREYNUS PROPERTIES, LLC, <br> Defendant & Third-Party Plaintiff, <br><br> v. <br><br> GEORGE H. CROFT, JR., <br> Third-Party Defendant. | Civil No. 3:18-cv-724 (DJN) |

**ORDER**

This matter comes before the Court by consent of the parties pursuant to 28 U.S.C. § 636(c)(1) on Third-Party Defendant George H. Croft, Jr.'s Motion to Dismiss (ECF No. 45), moving to dismiss Defendant's Third-Party Complaint (ECF No. 20) for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), or, in the alternative, to sever the Third-Party Complaint pursuant to Rule 12(h)(3). For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 52), the Court GRANTS Croft's Motion to Dismiss (ECF No. 45) and DISMISSES WITHOUT PREJUDICE Count VIII of Plaintiffs' Amended Complaint (ECF No. 15) and Defendant's Third-Party Complaint (ECF No. 20). There being no further claims remaining against him, the Clerk is DIRECTED to terminate Croft as a party in this matter.

Additionally, because Plaintiff Daniela Ramos has voluntarily dismissed herself from this case (ECF No. 34), the Court DENIES AS MOOT Ramos's Motions to Dismiss Defendant's Counterclaim (ECF Nos. 16, 24).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: June 11, 2019